Susan J. Gill, Bar No. 131890
Kevin J. McConville, Bar No. 149669
**BLICK, GILL & RHOADES**
5473 Kearny Villa Road, Suite 270
San Diego, CA 92123
Tele:  (858) 712-9222
Fax:   (858) 712-9333
sgill@coveragecounsel.com
kmcconville@coveragecounsel.com

JS - 6

Attorneys for Plaintiff, USF INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| USF INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>ILLINOIS UNION INSURANCE COMPANY and DOES 1 through 50, inclusive,<br><br>        Defendants. | CASE NO.  SACV09-1385-R (CTx)<br><br>ORDER OF REMAND BACK TO STATE COURT<br><br>Assigned Judge:   Manuel L. Real<br>Courtroom:           8 (Spring Street)<br>OCSC Case No.   30-2009-00123472 |

**TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

Whereas, on December 18, 2009, plaintiff filed a Motion to Remand set for hearing before Judge Carter on January 11, 2010.  Opposition and reply briefing were filed by the parties.  On January 7, 2010, Judge Carter ordered the matter taken under submission on the papers and took the hearing date of January 11, 2010 off calendar.

Whereas, this case having been previously transferred from the docket of the District Judge David Carter to that of District Court Judge Manual L. Real.

Whereas, this Court having reviewed all motion papers filed by both parties has now issued its ruling.

Whereas, a true and correct copy of the Court's January 25, 2010 minute order (Docket No. 14) is attached hereto as Exhibit "1" and is incorporated by reference as though set forth fully herein.

1

ORDER OF REMAND BACK TO STATE COURT

1   **FOR GOOD CAUSE APPEARING IT IS ORDERED THAT**:

2   Pursuant to 28 U.S.C. §1332(c)1 a corporation is deemed a citizen of any state by

3   which it has been incorporated and its principal place of business.  Defendant IUIC, as

4   the moving party, bears the burden of proving diversity between the parties exists.

5   Defendant has failed to meet its burden of proof and has failed to show that complete

6   diversity exists.  This Court therefore finds it does not have subject matter jurisdiction

7   and this matter is remanded back to State Court from whence it came.  Each party to

8   bear their own costs and attorney fees.

9   **IT BEING SO ORDERED**.

10  Date:  Jan. 28, 2010

UNITED STATES DISTRICT COURT

By:  _____

Manuel L. Real
United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
ORDER OF REMAND BACK TO STATE COURT